# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00144-CV

**Maegen Jeanine Fletcher, Appellant**

**v.**

**Pingora Loan Servicing, LLC, Its Successors and Assigns, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY, NO. 18-1385-CC1, THE HONORABLE BRANDY HALLFORD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellee Pingora Loan Servicing, LLC, Its Successors and Assigns, has notified this Court that appellant Maegen Jeanine Fletcher has filed for bankruptcy protection (United States Bankruptcy Court, W.D. Texas, Case No. 19-10792-tmd). *See* Tex. R. App. P. 8.1. Accordingly, this appeal is stayed. *See* 11 U.S.C. § 362; Tex. R. App. P. 8.2. Any party may file a motion to reinstate the appeal if permitted by federal law or the bankruptcy court. *See* Tex. R. App. P. 8.3(a). It is the parties' responsibility to notify the Court as soon as possible if an event occurs that would allow reinstatement. *Id.* Failure to notify this Court of a lift of the automatic stay or the conclusion of the bankruptcy proceeding may result in the dismissal of the case for want of prosecution. *See id.* R. 42.3(b).

Before Justices Goodwin, Baker, and Smith

Bankruptcy

Filed:   July 3, 2019